UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
DIVISION

IN RE:
**W. Cam Higgins and Donna B. Higgins,**

**DEBTOR**

)
)  Case No. 05-77870-crm
)      (Chapter 7)
)
)

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

AUG 30 20 AM 09:28

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to JPMorgan Chase Bank, N.A. successor to Chase Bank USA, N.A. ("Claimant") in the amount of $822.27 and said check having not been cashed by said payee, the Trustee pursuant to 11 U.S.C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was deposited in the United States Treasury.

The Claimant believes that it did not receive the dividend check in the above case for the following reasons:

The original payment was mailed to Chase Card Service, Chase Bank USA, NA, PO Box 15145, Wilmington, DE 19850. That address is no longer valid. The change of address prevented delivery of the original payment..

To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn:  Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

JPMorgan Chase Bank, N.A. successor to Chase Bank USA, N.A.

By: _____

Greg Griffith
American Property Locators, Inc.
Attorney-In-Fact for JPMorgan Chase Bank, N.A. successor to Chase Bank USA, N.A.
3855 S. Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE:
W. Cam Higgins and Donna B. Higgins,

)
) Case No. 05-77870
)        (Chapter 7)
)

### DEBTOR

### AFFIDAVIT OF SERVICE & AWARENESS OF
### STATE REQUIREMENTS

Notice is hereby given to the court that on _August 25_ , 201 1 the US Attorney was advised via the US Postal Service at the address below, of the intent of Greg Griffith of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of JPMorgan Chase Bank, N.A. successor to Chase Bank USA, N.A..

>United States Attorney
>Richard B. Russell Federal Bldg
>75 Spring Street., SW, Ste 600
>Atlanta, GA  30303

I, Greg Griffith, hereby state that I am aware of the Federal and State requirements associated with personal representation of individuals and corporations. I am especially aware of those requirements within the state of Georgia.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this _25_ day of _August_ 201 1 .

_____
Notary Public

KATRINA J. CUTTER
NOTARY
# 03004752
EXP. 04/27/15
PUBLIC
STATE OF OKLAHOMA

# JPMORGAN CHASE & CO.

## LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS,** that I, Carol Bish, Vice President of JPMorgan Chase Bank, N.A., ("JPMC") acting on behalf of JPMC and any of its subsidiaries, affiliates or predecessor entities, hereby appoint American Property Locators, Inc., ("Agent") in the person of one of it principal officers, to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of: Chase Bank USA, N.A. in the amount of $822.27 located in the state of GEORGIA. Case/Claim # 05-77870.

**JPMC hereby revokes all previous Powers of Attorney in this regard, to whoever granted.**

JPMC further grants the Agent authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do acting through its own officers or agents, hereby confirming all that the Agent shall lawfully do or cause to be done. The Agent shall have no authority to incur any financial obligation or make any expenditure on behalf of JPMC, other than expenditure payable from any sums recovered by virtue of the Agent's actions.

**JPMC (Federal Tax ID: 13-2624428) requests that the "Holder" of funds make checks payable to the order of JPMorgan Chase Bank, N.A. and send the checks to:**

> **JPMorgan Chase Bank, N.A.**
> **c/o Karen Devereaux**
> **Mail Code: Zip OH1-0293**
> **1111 Polaris Pkwy**
> **Columbus OH 43240-2050**

**In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment, which is attached hereto.**

Signed this _____ 8 _____ day of _____ August _____, 201 1

_____ Carol Bish _____  Vice President

(Print Name)

State of Ohio, County of Delaware, _____ 8 / 8 / 201 1

The above named _CAROL BISH_, known to me to be the individual described in (and holding the position designed in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _Karen L Devereaux_

(Notary Seal)                                      Notary Public

My Commission expires: _____ 4 / 8 / 2014

Rev: 01-12-2009



Karen L. Devereaux
Notary Public, State of Ohio
My Commission Expires 04-08-2014



## JPMorganChase 🜚

**Carol L. Bish**
Vice President
Global Finance Operations

**JPMorgan Chase Bank, N.A.**
OH1-0293
1111 Polaris Parkway
Columbus, OH 43240

Telephone: 614 244 8344
Facsimile:   614 213 0098
carol.l.bish@chase.com

# JPMORGAN CHASE & CO.

### SECRETARY'S CERTIFICATE

I, Christine N. Bannerman, do hereby certify that I am a duly elected and qualified Assistant Vice President and Assistant Secretary of JPMorgan Chase Bank, National Association, a national banking association duly organized and existing under the laws of the United States of America (the "Bank") and that set forth below is a true and correct copy of resolutions duly adopted by the directors of the Bank pursuant to a unanimous written consent dated January 17, 2007. I further certify that said resolutions, at the date hereof, are still in full force and effect.

RESOLVED that loan agreements, contracts, indentures, mortgages, deeds, releases, conveyances, assignments, transfers, certificates, certifications, declarations, leases, discharges, satisfactions, settlements, petitions, schedules, accounts, affidavits, bonds, undertakings, guarantees, proxies, requisitions, demands, proofs of debt, claims, records, notes signifying indebtedness of JPMorgan Chase Bank, N.A. (the "Bank"), and any other contracts, instruments or documents in connection with the conduct of the business of the Bank, whether or not specified in the resolutions of the Bank's Board of Directors (the "Board") may be signed, executed, acknowledged, verified, delivered or accepted on behalf of the Bank by the Chairman of the Board, the Chief Executive Officer, the President, the Chief Operating Officer, a Vice Chairman of the Board, a Vice Chairman, any member of the Operating Committee or Executive Committee, any Executive Vice President, the Chief Financial Officer, the Treasurer, the Controller, the Chief Risk Officer, the Secretary, any Senior Vice President, any Managing Director, any Vice President, or any other officer who the Secretary or any Assistant Secretary certifies as having a functional title or official status which is equivalent to any of the foregoing, and the seal of the Bank may be affixed to any thereof and attested by the Secretary, any Vice President or any Assistant Secretary; *provided, however,* that any guarantees, comfort letters or other letters of support issued by the Bank in respect of obligations of any of the Bank's affiliates or subsidiaries ("Support Documents") may be executed only where consistent with such resolutions of the Board dated the date hereof, as may be amended, relating to the provision of Bank guarantees and other support issued by the Bank in respect of obligations of its subsidiaries and affiliates;

RESOLVED that powers of attorney may be executed on behalf of the Bank by the Chairman of the Board, the Chief Executive Officer, the President, the Chief Operating Officer, a Vice Chairman of the Board, a Vice Chairman, any member of the Operating Committee or Executive Committee, any Executive Vice President, the Chief Financial Officer, the Treasurer, the Controller, the Chief Risk Officer, the Secretary, any Senior Vice President, and by any Managing Director having a rank equivalent to Senior Vice President; *provided, however,* that such powers of attorney may not provide authority for signing Support Documents except as where consistent with such resolutions of the Board dated the date hereof, as may be amended, relating to the provision of Bank guarantees and other support issued by the Bank in respect of obligations of its subsidiaries and affiliates.

I further certify that Carol Bish is a Vice President of JPMorgan Chase Bank, National Association with specimen signature as follows and is empowered to act in conformity with the above resolutions.

*Carol Bish*

WITNESS my hand and the seal of JPMorgan Chase Bank, National Association, on the 12th day of January 2009.

*Christine N. Bannerman*
Christine N. Bannerman

OTS
430500:v1

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF KINGS    )

       On the 12th day of January 2009, before me, the undersigned, personally appeared Christine N. Bannerman, an Assistant Vice President and Assistant Secretary of JPMorgan Chase Bank, National Association, personally known to me to be the individual whose name is subscribed to within the instrument, and in her capacity acknowledged this instrument to be the act and deed of JPMorgan Chase Bank, National Association and the seal affixed to it to be its seal.

       WITNESS my official seal and signature this day and year aforesaid.

_____
                        Notary Public

PHILIP E. FEIERBERG
Notary Public, State of New York
No. 01FE4758649
Qualified in New York County
Commission Expires Feb. 28, 2011

| Key demographic information as of May 8, 2008 |
|---|

# The Chase Manhattan Bank (National Association)
1 Chase Manhattan Plaza
New York City,NY 10081

| FDIC Certificate #: | 624 | Date Established: | 1/1/1799 |
|---|---|---|---|
| Bank Charter Class: | National Bank | Date of Deposit Insurance: | 1/1/1934 |
| Primary Federal Regulator: | Office of the Comptroller of the Currency | More Demographic Information → | |
| Primary Internet Web Address: | Web site not available | Generate History → | |

**This is an inactive institution.**

| **Inactive as of:** | July 14, 1996 |
|---|---|
| **Closing history:** | Merged without Assistance into |
| **Acquiring institution:** | JPMorgan Chase Bank, National Association - (628) |

## Information Gateway;

| **ID Report Selections:** | **Report Date:** | |
|---|---|---|
| Assets and Liabilities | December 31, 1995 | Generate Report |

---------------------------------------**More Information**--------------------------------------

- ⓘ Current List of Offices not available
- ⓘ Compare to Peer Group(s)
- ⓘ FFIEC Call/TFR Report not available
- ⓘ FFIEC UBPR not available
- ⓘ FDIC/OTS Summary of Deposits

- ⓘ Bank Holding Company Ownership and Affiliates not available
- ⓘ Regional Economic Conditions (FDIC RECON)
- ⓘ Organization Hierarchy from the Federal Reserve System
- ⓘ OCC CRA ratings
- ⓘ Consumer Assistance from Primary Federal Regulator

| Press ⓘ for description |
|---|

Questions, Suggestions & Requests

**Home    Contact Us    Search    Help    SiteMap    Forms**
Freedom of Information Act (FOIA) Service Center    Website Policies    USA.gov



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

This institution has been acquired (see Institution History below). The current information is:

### CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION

200 JERICHO QUADRANGLE
1ST FLOOR SW CORNER
JERICHO, NY, UNITED STATES 11753

Institution Type: National Bank
Primary Federal Regulator: OCC                                Insurance: FDIC/BIF
RSSD ID: 399106                                                       FDIC Certificate #: 26328
Routing Transit Number (RTN): 021410585
Activity: COMMERCIAL BANKING
Parent (Top Holder): JPMORGAN CHASE & CO.

---

### Institution Structure Information

Organization Hierarchy

Institutions Bought By CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION

Institution History

---

### Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

---

NIC Home  |  FAQ  |  Help  |  Contact Us



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

---

### CHASE BANK USA, NATIONAL ASSOCIATION

200 WHITE CLAY CENTER DRIVE
NEWARK, DE, UNITED STATES 19711

Institution Type: <u>National Bank</u>

Primary Federal Regulator: OCC                     Insurance: FDIC/BIF

RSSD ID: 489913                                              FDIC Certificate #: 23702

Routing Transit Number (RTN): 031100144

Activity: COMMERCIAL BANKING

Parent (Top Holder):  <u>JPMORGAN CHASE & CO.</u>

---

### Institution Structure Information

<u>Organization Hierarchy</u>

<u>Institutions Bought By CHASE BANK USA, NATIONAL ASSOCIATION</u>

<u>Institution History</u>

<u>Branch Locator</u>

---

### Financial Data

This site does not provide financial data for this institution. Please visit the <u>FDIC's site</u>  for financial data.

---

<u>NIC Home</u>  |  <u>FAQ</u>  |  <u>Help</u>  |  <u>Contact Us</u>